**E. H. FISCHER, INC., a corporation, Plaintiff-Appellant,**

**v.**

**NATIONAL INDUSTRIAL CHEMICAL COMPANY, a corporation, Defendant-Respondent.**

**No. 36059.**

Missouri Court of Appeals,
St. Louis District,
Division Four.

Aug. 5, 1975.

Rosenberg, Weiss, Goffstein & Kraus, Clayton, for plaintiff-appellant.

Strauss, Friedman & Sanders, Lawrence Sanders, St. Louis, for defendant-respondent.

SMITH, Chief Judge.

Plaintiff appeals from an order of the circuit court quashing service of process upon defendant. Service was made under the provisions of § 506.500, RSMo 1969.

We conclude that we have no jurisdiction as the order appealed from is not an appealable order. *Color Process Co. v. Northwest Screenprint Co.*, 417 S.W.2d 934 (Mo.1967); *Continental Foods Corp. v. National-Northwood, Inc.*, 470 S.W.2d 315 (Mo. App.1971). The proper procedure for challenging an order sustaining a motion to quash service is a writ of mandamus. *State ex rel. American Institute of Marketing Systems v. Cloyd*, 433 S.W.2d 559 (Mo.banc 1968).

Appeal dismissed.

ALDEN A. STOCKARD and NORWIN D. HOUSER, Special Judges, concur.